ROBINSON

*v.*

MOSES.

*(Supreme Court of Appeals of Virginia, Sept. 21, 1899.)*

[34 S. E. Rep. 48.]

**Boundaries—Jurisdiction of Chancery Court.**

The chancery court has no jurisdiction to settle a boundary.

**Same—Same—Objection to on Appeal.**

Objection that the chancery court has no jurisdiction to settle a boundary may be made for the first time on appeal.

Appeal from circuit court, Augusta county.

Suit by one Robinson against one Moses.    From the decree, Robinson appeals.    Reversed.

*J. J. L. & R. Bumgardner*, for appellant.

*F. B. Kennedy*, for appellee.

KEITH, P., delivered the opinion of the court.

In this suit the jurisdiction of the chancery court was invoked to settle a boundary of land in dispute between plaintiff and defendant.    It is the settled law of this state that a court of chancery has no jurisdiction for this purpose, and that the objection may be made for the first time in this court.    See Carrington v. Otis, 4 Grat. 235 ; Collins v. Sutton, 94 Va. 128, 26 S. E. 415, and authorities there cited.    The decree of the circuit court is reversed, and this court will enter such decree as the circuit court ought to have entered.